IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOVAN WILLIAMS,

    Plaintiff,

v.

JOSE REYES,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-452-jdp

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jose Reyes dismissing this case.

Approved as to form this 3RD day of April, 2019.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

4/3/2019
Date