# Notice Of Appeal To A Court Of Appeals From A Judgment Or Order Of A District Court

United States District Court for the Western District of Wisconsin
File Number 3:17-cv-00452-jdp

Jovan Williams, Plaintiff ]
]
v. ] Notice of Appeal
]
Jose Reyes, Defendant ]

Notice is hereby given that Jovan Williams, plaintiff in the above-entitled matter, appeals to the United States Court of Appeal for the ~~Circuit~~ Seventh Circuit from the final judgment entered in this action on April 03, 2019.

Date: April 22, 2019

Signature: *Jovan Williams*
Jovan Williams, #575056
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963-0351

Note*: Plaintiff Jovan Williams, request the appeal be heard on the full record from the court below due to plaintiff proceeding "In Forma Pauperis" and intent to ask for recruitment of Counsel in civil case soon. (See Rule 24(c), Fed. R. App. P.).

LEGAL 575056

# Declaration Of Inmate Filing

United States District Court for the Western District of Wisconsin

Jovan Williams, Plaintiff

v.  Case No. 3:17-cv-00452-jdp

Jose Reyes, Defendant

I am an inmate confined in an institution. Today April 22, 2019, I am depositing the "notice of appeal" and "affidavit accompanying motion for permission to appeal in forma pauperis"; in this case in the institution's internal mail system through the electronic filing system - Institution Librarian. to the courts. I am in restrictive housing where I have to give all outgoing mail to the Correctional Staff Member(s) which I can't put outgoing mail in the mail-box myself, pursuant to Fed. R. App. P. 25(a)(2)(C).

I declare under penalty of perjury that the forgoing is true and correct (see 28 U.S.C. §1746; 18 U.S.C. §1621).

Sign your name here
*Jovan Williams*

Jovan Williams, #575056
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 57553963-0351

LEGAL 575056

Jovan Williams, #575056
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963-0351

April 22, 2019

United States District Court
Western District of Wisconsin
Judge's Chambers
120 North Henrey Street
Madison, WI 53703

Re: Williams, Jovan v. Reyes, Jose
Case No. 3:17-cv-00452-jdp
* Appeal Civil Case Final Judgment *

Attached to this letter is the following to be filed in this court for my appeal:

1. Declaration of Inmate Filing

2. Notice of Appeal

3. Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis attached last 6 months Institution Account Statement Certified

All is being e-filed through institutional internal mail system. I delcare under penalty of perjury that the forgoing is true and correct (see 28 U.S.C. §1746). Thank you for your attention to this matter.

Dated: April 22, 2019                Signature: Jovan Williams
                                     Jovan Williams
                                     #575056
                                     Waupun P.O. Box 351
                                     Waupun, WI 53963

LEGAL 575056

CC.: Original - E-Filed to all parties - Attorney General & U.S.D.C. - WDWI ; Copy - Plaintiff Mr. Williams